MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6973
     Facsimile: (415) 436-7027
     lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 15-cr-052 WHA |
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
|   v. | ) | **EXCLUDING TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| TIANA REDDIC, | ) | |
|     Defendant. | ) | |
| | ) | |
| _____ | ) | |

On February 24, 2015, defendant Tiana Reddic appeared before the Court, and that appearance was the first appearance before this Court. At the hearing, the Court directed the parties to appear on March 10, 2015, for a further status conference. The parties agree that the defendant's counsel requires additional time to review the discovery provided by the government and additional time to effectively prepare for trial or potential disposition. Therefore, the parties agree and jointly request that the time between February 24, 2015 and March 10, 2015 should be excluded in order to ensure reasonable time

1  necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

2  agree that the ends of justice served by granting the continuance outweigh the best interest of the public

3  and the defendant in a speedy trial.

4  DATED: February 24, 2015                    Respectfully Submitted,

5                                              MELINDA HAAG
                                               United States Attorney
6

7                                              /s/ Lloyd Farnham
8                                              LLOYD FARNHAM
                                               Assistant United States Attorney
9

10                                             OFFICE OF THE FEDERAL
                                               PUBLIC DEFENDER
11

12                                             /s/ Galia Phillips
13                                             GALIA A. PHILLIPS
                                               Attorney for Defendant Tiana Reddic
14

15

16

17                              **[PROPOSED] ORDER**

18          For the reasons stated above, the Court finds that the exclusion of time from February 24, 2015,

19  through and including March 10, 2015, is warranted and that the ends of justice served by the

20  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

21  § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective

22  preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

23          IT IS SO ORDERED.

24

25  DATED:  February 24, 2015.        _____

26                                             HON. WILLIAM ALSUP
                                               United States District Court Judge
27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 15-CR-052 WHA