STEVEN G. KALAR
Federal Public Defender
GALIA A. PHILLIPS
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant REDDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 15-052 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** |
| v. | ) | |
| TIANA REDDIC, | ) | |
| Defendant. | ) | |

The parties in this case agree and jointly request the Court to move the hearing in the above captioned case from March 10, 2015 to March 24, 2015 at 2:00 p.m. The basis for this request is that the defense requested additional discovery from the government including any lab reports and any reports from the arrest of Ms. Reddic. The goverment has informed the defense that the lab report is pending, and that the government will provide any reports from the arrest, if any exist.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to continue the hearing to March 24, 2015 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: March 09, 2015

    __/s/ Lloyd Farnham_____
    LLOYD FARNHAM
    Assistant United States Attorney

Dated: March 09, 2015

    __/s/ Galia Phillips_____
    GALIA A. PHILLIPS
    Attorney for Defendant

### [~~PROPOSED~~] ORDER

For the reasons stated above the Court hereby CONTINUES the hearing in the aforementioned case from March 10, 2015 to March 24, 2015 at 2:00 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: ___March 9, 2015.___      _____
    THE HONORABLE WILLIAM ALSUP
    UNITED STATES DISTRICT COURT JUDGE