1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 15-0005 CRB

      Plaintiff,

  v.

CRYSTAL ANTHONY,

      Defendant.
_____/

UNITED STATES OF AMERICA,                    No. CR 15-0006 WHA

      Plaintiff,

  v.

DARELL POWELL,

      Defendant.
_____/

UNITED STATES OF AMERICA,                    No. CR 15-0027 VC

      Plaintiff,

  v.

DARLENE ROUSE,

      Defendant.
_____/

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES OF AMERICA,                    No. CR 15-0028 CRB

      Plaintiff,

 v.

ACACIA MCNEAL,

      Defendant.
_____/

UNITED STATES OF AMERICA,                    No. CR 15-0049 WHA

      Plaintiff,

 v.

AARON MATTHEWS,

      Defendant.
_____/

UNITED STATES OF AMERICA,                    No. CR 15-0050 RS

      Plaintiff,

 v.

NIJAH REED,

      Defendant.
_____/

UNITED STATES OF AMERICA,                    No. CR 15-0052 WHA

      Plaintiff,

 v.

TIANA REDDIC,

      Defendant.
_____/

UNITED STATES OF AMERICA,                    No. CR 15-0070 VC

      Plaintiff,
 v.

SHOLANDA ADAMS,

      Defendant.
_____/

**United States District Court**
For the Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0059 CRB |
| Plaintiff, | **ORDER RE NOTICE OF RELATED CASE** |
| v. | |
| TIFFANY CROSS, | |
| Defendant. | |

_____/

Defendants Crystal Anthony, Darell Powell, Darlene Rouse, Acacia McNeal, Aaron Matthews, Nijah Reed, Tiana Reddic, Sholanda Adams and Tiffany Cross have filed a Notice of Related Case in Case No. 15-0059 (dkt. 10). This Court will not relate Defendants' cases at this time, as Defendants' Notice is premature. Upon the filing of an initial motion to dismiss, and a request for discovery to supplement the motion, the Court will consider a Notice of Related Case.

**IT IS SO ORDERED.**

Dated: April 6, 2015

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE