1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4  LLOYD FARNHAM (CABN 202231)
   SARAH K. HAWKINS (CABN 257723)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6973
       FAX: (415) 436-7027
8      lloyd.farnham@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 14-CR-00643 EMC |
|---|---|
| Plaintiff, | (Consolidated Criminal Cases) |
| v. | NOTICE OF DISMISSAL |
| DAVID MADLOCK, MATTHEW MUMPHREY, LATONYA CAREY, CRYSTAL ANTHONY, DARLENE ROUSE, ACACIA MCNEAL, ANITA DIXON, AARON MATTHEWS, NIJAH REED, TIANA REDDIC, TIFFANY CROSS, SHOLANDA ADAMS, | |
| Defendants. | |

NOTICE OF DISMISSAL
NO. 14-CR-00643 EMC

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictments in the above consolidated cases with prejudice. The above indictments were consolidated under No. 14-CR-00643 and transferred to this Court by order of Chief Judge Phyllis J. Hamilton on April 27, 2015. The original case numbers for each dismissed indictment are listed below:

United States v. David Madlock and Matthew Mumphrey, No. 14-CR-00643 RS

United States v. Latonya Carey, No. 15-CR-00004 MMC

United States v. Chrystal Anthony, No. 15-CR-00005 CRB

United States v. Darlene Rouse, No. 15-CR-00027 VC

United States v. Acacia McNeal, No. 15-CR-00028 CRB

United States v. Anita Dixon, No. 15-CR-00043 WHA

United States v. Aaron Mathews, No. 15-CR-00049 WHA

United States v. Nijah Reed, No. 15-CR-00050 RS

United States v. Tiana Reddic, No. 15-CR-00052 WHA

United States v. Tiffany Cross, No. 15-CR-00059 CRB

United States v. Sholanda Adams, No. 15-CR-00070 VC

DATED: January 24, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Barbara J. Valliere*
BARBARA J. VALLIERE
Chief, Criminal Division

Leave is granted to the government to dismiss with prejudice the indictments listed above. The bonds for the above 12 defendants shall be exonerated.

DATED: January 25, 2017

_____
HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

NOTICE OF DISMISSAL
NO. 14-CR-00643 EMC